RCH:SKW
F. #2024R00413

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

FABIENNE OSIAS,

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

**FILED**

*1:56 pm, Aug 06, 2024*

U.S. DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

M I S D E M E A N O R
I N F O R M A T I O N

Cr. No. **1:24-cr-00321(MMH)**
(T. 18, U.S.C., §§ 1791(a)(1),
1791(b)(4) and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

PROVIDING CONTRABAND IN PRISON

    1.    On or about February 28, 2023, within the Eastern District of New York, the defendant FABIENNE OSIAS, while acting as a public official on behalf of an agency of the United States, to wit: the Bureau of Prisons, did knowingly and intentionally attempt to provide to an inmate of a prison, to wit: the Metropolitan Detention Center in Brooklyn, New York, a prohibited object, to wit: five Universal Serial Bus ("USB") charging cubes and nine USB charging cables, which were devices used by a user of commercial mobile services in connection with such service.

    (Title 18, United States Code, Sections 1791(a)(1), 1791(b)(4) and 3551 et seq.)

*By Carolyn Pokorny, Assistant U.S. Attorney*

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK